UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
HANNAFORD, SANDRA A. § Case No. 12-19301
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                 $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg, Trustee_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |  | |
|---|---|---|---|
| Case No: | 12-19301   CAD   Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | HANNAFORD, SANDRA A. | Date Filed (f) or Converted (c): | 05/11/12 (f) |
| | | 341(a) Meeting Date: | 07/16/12 |
| For Period Ending: | 03/31/13 | Claims Bar Date: | 12/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 185,000.00 | 0.00 | | 0.00 | FA |
| Single-family condo 10 N. Gilbert St., Apt. 318 South Elgin, IL 60177 | | | | | |
| 2. Real Estate - Rental Property | 150,000.00 | 160,000.00 | | 163,251.25 | FA |
| Single-family residnece 1524 Maxwell Ave. Royal Oak, MI 48067 | | | | | |
| 3. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| hecking, Cr. Union 1, Ferndale, MI | | | | | |
| 5. Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| Checking, State Bank of IL, South Elgin, IL | | | | | |
| 6. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| Ordinary contents, 2 bedroom, condo | | | | | |
| 7. Books/Art/Collectibles | 500.00 | 0.00 | | 0.00 | FA |
| Paintings produced by Debtor | | | | | |
| 8. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 9. Furs and Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 200 pairs of earrings | | | | | |
| 10. Firearms, Sport, Photo & Hobby Eqpt | 25.00 | 0.00 | | 0.00 | FA |
| 11. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Term | | | | | |
| 12. Pension, Retirement, Profit Sharing | 2,000.00 | 0.00 | | 0.00 | FA |
| 457 (k) Plan | | | | | |
| 13. Pension, Retirement, Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| Pension from State of Michigan | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $340,245.00 | $160,000.00 | | $163,251.25 | $0.00 |

Case 12-19301   Doc 50   Filed 04/22/13   Entered 04/22/13 16:00:01   Desc Main
Document   Page 4 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

Case No:      12-19301     CAD    Judge: CAROL A. DOYLE         Trustee Name:               Elizabeth C. Berg, Trustee
Case Name:    HANNAFORD, SANDRA A.                              Date Filed (f) or Converted (c): 05/11/12 (f)
                                                                341(a) Meeting Date:        07/16/12
                                                                Claims Bar Date:            12/12/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee listed and sold Debtor's interest in rental property in Michigan and collected net proceeds of nearly
approximately $16,000 for the estate.  TR investigated value and potential recovery of Debtor's post-petition
inheritance from Debtor's mother and determined the estate had no interest in the inheritance because the inheritance
was held in trust.  Bar date passed 12/12/12 and Trustee reviewed claims.  Trustee directed her accountant to prepare
necessary tax returns.  Trustee prepared TFR

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 12/31/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Page: 1

| Case No: | 12-19301 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HANNAFORD, SANDRA A. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8332  Checking Account |
| Taxpayer ID No: | *******1204 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/11/12 | 2 | First Centennial Title Agency, Inc. of Mid-America 1489 Farmington Road  Suite 100 Livonia  MNI  48154 | Sale Proceeds- Michigan Real Estate | | 16,914.26 | | 16,914.26 |
| | | CITY OF ROYAL OAK | Memo Amount:       3,229.27 City Property Taxes Creidt from Buyer for 2012 taxes. | 1110-000 | | | |
| | | | Memo Amount:          21.98 County Property Tax Credit Credit from Buyer for 2012 taxes. | 1110-000 | | | |
| | | CITIMORTGAGE | Memo Amount:     (    93,647.13 ) 1st Mortgage Payoff | 4110-000 | | | |
| | | FIRST CENTENNIAL TITLE | Memo Amount:      160,000.00 Sale Proceeds - Real Estate | 1110-000 | | | |
| | | CITIMORTGAGE | Memo Amount:     (    35,305.79 ) 2nd Mortgage Payoff Payoff of 2nd mortgage. | 4110-000 | | | |
| | | BUYER - ELIZABETH BRUNNER | Memo Amount:     (     4,800.00 ) Seller Concession Negotiated disbursement from RE Sales Contract. | 2500-000 | | | |
| | | CITY OF ROYAL OAK, MI | Memo Amount:     (        95.07 ) Final Water Bill | 2500-000 | | | |
| | | FIRST CENTENNIAL TITLE | Memo Amount:     (     1,295.00 ) Wire, Transaction, Title Fees Customary Seller charges incurred with title company to close. | 2500-000 | | | |
| | | WILLIAMS AND KELLER | Memo Amount:     (     9,600.00 ) RE Broker Commission $9600 commission shared by TR's broker with selling broker | 3510-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 12-19301 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HANNAFORD, SANDRA A. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8332 Checking Account |
| Taxpayer ID No: | *******1204 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |
| | | WILLIAMS AND KELLER | Memo Amount: ( 195.00 ) Broker's Transaction Fee | 3520-000 | | |
| | | CONTINENTAL TITLE AGENCY | Memo Amount: ( 1,376.00 ) RE Transfer Taxes | 2820-000 | | |
| | | CONTINENTAL TITLE AGENCY | Memo Amount: ( 23.00 ) Recording Fees Recording Fees -Mortgage Release | 2500-000 | | |
| 02/15/13 | 001001 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Annual Premium Bond # 016026455 | 2300-000 | 13.99 | 16,900.27 |
| 03/29/13 | 001002 | ILLINOIS DEPARTMENT OF REVENUE P.O. BOX 19053 SPRINGFIELD, IL 62794-9053 | Estate's State 1041 Tax Liability | 2820-000 | 182.00 | 16,718.27 |
| 03/29/13 | 001003 | MICHIGAN DEPARTMENT OF TREASURY Department 781041 P.O. Box 78000 Detroit, MI 48278-1041 | Estate's State 1041 Tax Liability Estate of Sandra A. Hannaford (12-19301) 2012 Form MI-1041 | 2820-000 | 623.00 | 16,095.27 |

| | | | | | |
|---|---|---|---|---|---|
| | | Account *******8332 | Balance Forward | 0.00 | |
| | | 1 Deposits | 16,914.26 | 3 Checks | 818.99 |
| | | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 163,251.25 | | | 0 Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 146,336.99 | Subtotal | $ 16,914.26 | | |
| | | | | Total | $ 818.99 |
| Memo Allocation Net: | 16,914.26 | 0 Adjustments In | 0.00 | | |
| | | 0 Transfers In | 0.00 | | |
| | | Total | $ 16,914.26 | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*
LFORM2T4

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 12-19301 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HANNAFORD, SANDRA A. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8332  Checking Account |
| Taxpayer ID No: | *******1204 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 31, 2013 |
|---|---|---|---|---|---|---|

Case Number: 12-19301
Debtor Name: HANNAFORD, SANDRA A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $5,706.28 | $0.00 | $5,706.28 |
| 001<br>3110-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $7,500.00 | $0.00 | $7,500.00 |
| 001<br>3120-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $57.78 | $0.00 | $57.78 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $1,056.00 | $0.00 | $1,056.00 |
| 999<br>2500-00 | Elizabeth Brunner, Buyer | Administrative | | $4,800.00 | $4,800.00 | $0.00 |
| 999<br>2500-00 | City of Royal Oak, Michigan | Administrative | | $95.07 | $95.07 | $0.00 |
| 999<br>2500-00 | First Centennial Title | Administrative | | $1,295.00 | $1,295.00 | $0.00 |
| 001<br>3510-00 | Williams and Keller | Administrative | | $9,600.00 | $9,600.00 | $0.00 |
| 001<br>3520-00 | Williams and Keller | Administrative | | $195.00 | $195.00 | $0.00 |
| 999<br>2820-00 | Continental Title Agency | Administrative | | $1,376.00 | $1,376.00 | $0.00 |
| 999<br>2500-00 | Continental Title Agency | Administrative | | $23.00 | $23.00 | $0.00 |
| 999<br>2820-00 | IDOR | Administrative | | $182.00 | $182.00 | $0.00 |
| 999<br>2820-00 | Michigan Dept. of Treasury | Administrative | | $623.00 | $623.00 | $0.00 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 31, 2013

Case Number: 12-19301
Debtor Name: HANNAFORD, SANDRA A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| BOND 999 2300-00 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | | $13.99 | $13.99 | $0.00 |
| | Subtotal for Class Administrative | | | $32,523.12 | $18,203.06 | $14,320.06 |
| 000001 070 7100-00 | Dell Financial Services, LLC Resurgent Capital Services PO Box 10390 Greenville, SC 29603-0390 | Unsecured | Scheduled as Dell | $571.39 | $0.00 | $571.39 |
| 000002 070 7100-00 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | (2-1) PAYPAL SMART CONNECT or GEMB Scheduled as PayPall | $6,070.32 | $0.00 | $6,070.32 |
| | Subtotal for Class Unsecured | | | $6,641.71 | $0.00 | $6,641.71 |
| 050 4110-00 | Citimortgage | Secured | | $93,647.13 | $93,647.13 | $0.00 |
| 050 4110-00 | Citimortgage | Secured | | $35,305.79 | $35,305.79 | $0.00 |
| | Subtotal for Class Secured | | | $128,952.92 | $128,952.92 | $0.00 |
| | Case Totals: | | | $168,117.75 | $147,155.98 | $20,961.77 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-19301
Case Name: HANNAFORD, SANDRA A.
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Citimortgage | $ | $ | $ | $ |
| | Citimortgage | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: Elizabeth Brunner, Buyer | $ | $ | $ |
| Other: City of Royal Oak, Michigan | $ | $ | $ |
| Other: First Centennial Title | $ | $ | $ |
| Other: Continental Title Agency | $ | $ | $ |
| Other: Continental Title Agency | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: IDOR | $ | $ | $ |
| Other: Michigan Dept. of Treasury | $ | $ | $ |
| Other: Williams and Keller | $ | $ | $ |
| Other: Williams and Keller | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Dell Financial Services, LLC | $ | $ | $ |
| 000002 | GE Capital Retail Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____


Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE