UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-19301 |
| Sandra A. Hannaford, | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: May 16, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:           Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:    Estate

Date of Order Authorizing
Employment:                  May 11, 2012

Period for Which
Compensation is sought:      May 11, 2012 to Close of Case

Amount of Fees sought:       $5,706.28

Amount of Expense
Reimbursement sought:        $0.00

This is an:   Interim Application __       Final Application  _X__

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: $0.00   .

Dated:  April 22, 2013              Elizabeth C. Berg, Trustee of the Estate of
                                    Sandra A. Hannaford, Debtor


                                    By:  ____/s/Elizabeth C. Berg, Trustee_____
                                         Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Sandra A. Hannaford, | ) | Case No. 12-19301 |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: May 16, 2013 |
| | ) | Hearing Time: 11:15 a.m. |

**Application for Allowance and Payment of Final Compensation
of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Sandra A. Hannaford, ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $5,706.28 as final compensation for services rendered as trustee in this case from May 11, 2012 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. On May 11, 2012 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The Estate's asset included a parcel of real property improved with a single family home ("Property"). The Property was located in Michigan and was not the Debtor's primary residence.

4. As of the commencement of the case, the Property was rented to tenants. However, the tenants moved out shortly after the commencement of the case and, for that reason, the Trustee did not collect any rents

5. The bar date for filing claims in this case was December 12, 2012.

**Prior Compensation**

6. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

7. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

**Services Rendered by Trustee**

8. Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

    A. Trustee reviewed and analyzed the Debtor's Schedules of Assets and Liabilities; the Debtor's Statements of Financial Affairs; and conducted an examination of the Debtor pursuant to Section 341 of the Code;

    B. Trustee investigated the Estate's interest in the Property; the Property was held in a revocable living trust ("Trust"); upon determining that the Property was property of the Estate pursuant to Section 541 of the Code, Trustee prepared necessary documentation and appointed herself as the trustee of the Trust in order to protect the Estate's interest and more easily effectuate the sale of the Property; Trustee directed her attorneys to obtain court approval to retain a real estate broker to market the Property for sale; simultaneously, Trustee worked with the tenants in the Property to ensure cooperation with the real estate broker for showings of the Property and to arrange for the vacating of the premises; initially, there was little interest from potential purchasers in the Property; shortly after the real estate broker was retained by the Estate, CitiMortgage, the holder of the first and second mortgages, ("Mortgages") filed a motion to lift the stay and Trustee determined that it appeared there was little or no

equity in the Property; accordingly, Trustee directed her attorneys to prepare a motion to abandon the Property; a few days thereafter, Trustee received an offer to purchase the Property that would satisfy the Mortgages in full and provide sufficient funds to make a distribution to general unsecured creditors; Trustee directed her attorneys to obtain court approval for the sale of the Property which was granted on August 16, 2012; Trustee ensured that all documents (including two deeds, one as trustee of the revocable trust and one as Trustee) were prepared and executed for the transfer of the Property; upon closing of the sale of the Property, the Estate recovered gross proceeds in excess of $160,000.00;

   C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

   D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

   E. Trustee examined, analyzed and verified proofs of claim filed against the Estate including secured claims asserted against the Property;

   F. Trustee attended to tax matters including hiring a tax accountant; Trustee oversaw and directed her accountant to prepare Estate tax returns including federal tax returns and state tax returns for Michigan (as a result of the location of the Property) and Illinois (as a result of the location of the Estate); and

   G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

9. Trustee has collected the sum of $163,251.25 on behalf of the Estate. Trustee has made $147,155.98 in disbursements in this case as of the date hereof.

3

10. Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to hereto the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

**Compensation Requested**

11. During the period covered by this Application, Trustee spent 23.90 hours rendering services on behalf of this Estate with a value of $5,666.00. Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

12. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $11,412.56 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $45,000.00 | $4,500.00 |
| 5% of the next $113,251.25 | $5,662.56 |
| Total allowable compensation | $11,412.56 |

13. Based upon the caliber of the services rendered by Trustee, the results achieved in this case and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $5,706.28. This amount represents reasonable compensation for the services rendered by Trustee and is 50% less than the maximum compensation allowable as set forth in paragraph 12 above.

14. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to general unsecured creditors. Trustee anticipates that there will not be a surplus of funds to be returned to the Debtor.

4

15. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

16. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

## Status of the Case

17. The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Sandra A. Hannaford requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $5,706.28 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from May 11, 2012 through the closing of this case;

B. Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

C. For such other and further relief as this Court deems appropriate.

Dated:  April 2, 2012               Elizabeth C. Berg, as trustee of the estate of
                                    Sandra A. Hannaford, debtor


                                    By:_____/s/_____
                                              Elizabeth C. Berg

Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St.   Suite 1500
Chicago, IL  60603
(312) 726-8150

5

**Trustee's Final Fee Application**  **Sandra A. Hannaford, Debtor**
                                     **Case No. 12-19301**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg & Wallace, Ltd.**
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

***Invoice submitted to:***

March 29, 2013
Invoice No: 02187

Elizabeth C. Berg
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

**In Reference to:**   *Hannaford - Trustee Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 5/18/2012 | ECB | Re: Hannaford -- Review petition and schedules (.2) Research real property in Royal Oak, Michigan and potential equity in same (.5) Teleconference with local realtor re possibility of listing same for sale (.4) Email to Debtor's counsel re alternate plans for 341 meeting (.1) | 1.20<br>$300.00/ hr | $360.00 |
| 5/22/2012 | ECB | Teleconference with RE broker re proposed listing price and local practices in Michigan | 0.40<br>$300.00/ hr | $120.00 |
| 5/23/2012 | JMM | Obtain EIN from IRS | 0.10<br>$85.00/ hr | $8.50 |
| 5/24/2012 | ECB | Memo to Debtor's counsel re status of insurance for 1524 Maxwell property | 0.10<br>$300.00/ hr | $30.00 |
| 5/24/2012 | ECB | Review and confer with counsel re revisions to Motion to Hire Broker (.2) Email to Broker re retention and determination of initial listing price (.3) | 0.50<br>$300.00/ hr | $150.00 |
| 5/24/2012 | ECB | Compile executed listing documents and forward same to Broker | 0.30<br>$300.00/ hr | $90.00 |

**Baldi Berg & Wallace, Ltd**  3/29/2013

Hannaford - Trustee Matters  Page    2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 6/01/2012 | JMM | Consult w/ ECB re: Court Orders (.2) & Draft Letter to Joel Faddol (.8) | 1.00<br>$85.00/ hr | $85.00 |
| 6/14/2012 | ECB | Travel to St. Charles and conduct 341 examination of Debtor Sandra Hannaford at retirement/nursing home | 0.60<br>$300.00/ hr | $180.00 |
| 6/15/2012 | ECB | Email exchanges with tenant J. Sharlein regarding move ou date, appointments for showing and condition of hot water heater | 0.80<br>$300.00/ hr | $240.00 |
| 6/21/2012 | ECB | Review motion to lift stay (.2) Teleconference with Broker re status of showings, lift stay motion and tenant move-out date (.2) | 0.40<br>$300.00/ hr | $120.00 |
| 6/21/2012 | ECB | Teleconference with broker re status of showings and tenant moveout date | 0.20<br>$300.00/ hr | $60.00 |
| 6/22/2012 | ECB | Review broker email and recent activity report for Royal Oak property (.3) telephone call to Codilis re motion to lift stay (.2) | 0.50<br>$300.00/ hr | $150.00 |
| 6/26/2012 | ECB | Review 2nd mortgage position re potential short sale; Teleconference with Codilis to discuss possibility of same | 0.30<br>$300.00/ hr | $90.00 |
| 6/29/2012 | ECB | Teleconference with insurance agent to confirm expiration date on policy. Email to G. Tsotsos re same | 0.40<br>$300.00/ hr | $120.00 |
| 7/03/2012 | ECB | Teleconference with tenant Jeff Sharlein regarding moveou from 1524 Maxwell and shutoff of utilities, removal of trash and Debtor's items of personalty (.20) Email to realtor re same (.2) | 0.40<br>$300.00/ hr | $120.00 |
| 7/06/2012 | ECB | Telephone call to tenant on moveout day | 0.10<br>$300.00/ hr | $30.00 |

**Baldi Berg & Wallace, Ltd**                                     3/29/2013

Hannaford - Trustee Matters                                      Page    3

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 7/09/2012 | ECB | Emails to broker re proposed abandonment and inspection of property following tenants' departure | 0.40<br>$300.00/ hr | $120.00 |
| 7/09/2012 | ECB | Review abandonment procedures and timing | 0.20<br>$300.00/ hr | $60.00 |
| 7/10/2012 | ECB | Review pictures and email from broker regarding condition (.2) Email and phone calls to broker re proposed abandonment (.2) | 0.40<br>$300.00/ hr | $120.00 |
| 7/10/2012 | ECB | Review and revise motion and notice to abandon 1524 Maxwell | 0.50<br>$300.00/ hr | $150.00 |
| 7/13/2012 | ECB | Email and instructions to staff re preparation of Motion to Sell (.2) Contract provisions (.2) and requesting payoff letters for closing (.2) | 0.60<br>$300.00/ hr | $180.00 |
| 7/19/2012 | JMM | Review Emails & Case File (0.4), telephone call to CitiMortgage re: 2nd Mortgage Payoff Letter (.3) | 0.70<br>$85.00/ hr | $59.50 |
| 7/27/2012 | JMM | Consult with ECB re: Hannaford property (.1) and telephone call to broker (.4) | 0.50<br>$125.00/ hr | $62.50 |
| 8/20/2012 | JMM | Telephone call to CitiMortgage & email to Bankruptcy Specialist, Wayne re: Payoff Letter | 0.30<br>$125.00/ hr | $37.50 |
| 8/30/2012 | ECB | Email to broker regarding status of closing | 0.20<br>$300.00/ hr | $60.00 |
| 8/31/2012 | ECB | Execute closing documents from Seller's title company (.3) Execute closing documents from Buyer's title company (.2) Return same to title agent (.1) | 0.60<br>$300.00/ hr | $180.00 |
| 9/10/2012 | ECB | Email RKP re prep of Report of Sale | 0.10<br>$300.00/ hr | $30.00 |

**Baldi Berg & Wallace, Ltd**  3/29/2013

Hannaford - Trustee Matters  Page 4

| Date | Init | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/16/2012 | ECB | Open and review Sept 12 bank statements | 0.10 $300.00/hr | $30.00 |
| 10/16/2012 | JMM | Process September 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/hr | $25.00 |
| 10/22/2012 | ECB | Confer with counsel re potential of post-petition bequest becoming property of estate (.2) Review and execute resignation as trustee of Sandra Hannaford trust (.1) | 0.30 $300.00/hr | $90.00 |
| 10/24/2012 | ECB | Teleconference with debtor's counsel re inheritance as potential additional property of estate | 0.20 $300.00/hr | $60.00 |
| 10/26/2012 | JMM | Review case file and docket to update current status for preparation of Trustee's annual report | 0.80 $125.00/hr | $100.00 |
| 10/31/2012 | ECB | Review, revise and approve annual report, form 1 and form 2 prepared for filing with court and United States Trustee (.7) Confer with JMM re compilation and filing of both hard and electronic copies of same (.2) | 0.90 $300.00/hr | $270.00 |
| 10/31/2012 | JMM | Meet with Trustee re: case update & preparation of annual reports (.3) & Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee Office (.4) | 0.70 $125.00/hr | $87.50 |
| 11/14/2012 | JMM | Process October 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/hr | $25.00 |
| 12/12/2012 | ECB | Open and approve Nov 12 bank statements | 0.10 $300.00/hr | $30.00 |
| 12/14/2012 | JMM | Process November 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/hr | $25.00 |
| 1/15/2013 | ECB | Open and review 12/12 bank statements | 0.10 $300.00/hr | $30.00 |

**Baldi Berg & Wallace, Ltd**  3/29/2013

Hannaford - Trustee Matters  Page    5

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/15/2013 | JMM | Process December 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/18/2013 | ECB | Teleconference with Dale Hannaford regarding deceased mother's estate and nature of Debtor's Inheritance (.1) memo to file (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 1/18/2013 | RKP | Review case file and documents re: 2012 tax return obligation (.2); memo to L. West re: same (.1). | 0.30<br>$195.00/ hr | $58.50 |
| 1/21/2013 | ECB | Telephone call to estate's accountant re prep of 2012 estate tax returns (.1) Confer with staff re delivery of supporting documents for same (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 1/23/2013 | JMM | Draft email to Accountant re: 2012 Taxes | 0.10<br>$125.00/ hr | $12.50 |
| 1/30/2013 | JMM | Update Trustee database to change judge | 0.10<br>$125.00/ hr | $12.50 |
| 2/11/2013 | ECB | Open and approve Jan 13 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/12/2013 | JMM | Process January 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/15/2013 | ECB | Review and approve annual bond payment report | 0.10<br>$325.00/ hr | $32.50 |
| 2/15/2013 | JMM | Review Blanket Bond Disfigurement and approve w/ ECB (.1), Distribute Bond Payments (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/06/2013 | ECB | Open and verify Feb13 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 3/07/2013 | JMM | Process February 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg & Wallace, Ltd**  3/29/2013

Hannaford - Trustee Matters  Page 6

| Date | TK | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 3/20/2013 | ECB | Review court docket (.1) and perform claims review (.3) in connection with case closing; Review and approve administrative fees (.3) Teleconference with Accountant re status of final tax return and basis in property sold (.2) Confer with counsel re prep of final fee applications and case closing (.2) | 1.10 $325.00/hr | $357.50 |
| 3/28/2013 | ECB | Confer with RKP re administrative claims and preparation of TFR | 0.20 $325.00/hr | $65.00 |
| 3/28/2013 | ECB | Review and approve Estate's Federal, Michigan and Illinois income tax returns | 0.40 $325.00/hr | $130.00 |
| 3/28/2013 | RKP | Draft Trustee fee application (1.0); coversheet, proposed order and affidavit (.3); review and edit same (.3); review case file for information and data needed to prepare TFR (.4); update system with information as needed for TFR, NFR and TDR (.5). | 2.50 $195.00/hr | $487.50 |
| 3/29/2013 | RKP | Prepare TFR and related documents/exhibits (1.0); prepare NFR (.5); review and edit final report package (.6). | 2.10 $195.00/hr | $409.50 |

|  |  |
|---|---|
| Total Fees | $5,666.00 |
| Total New Charges | $5,666.00 |
| Previous Balance | $0.00 |
| Balance Due | $5,666.00 |

*Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 11.30 | $300.00 |
| Elizabeth C Berg | 2.00 | $325.00 |
| Jason M Manola | 1.80 | $85.00 |
| Jason M Manola | 3.30 | $125.00 |

**Baldi Berg & Wallace, Ltd**  3/29/2013

Hannaford - Trustee Matters  Page   7

| | | |
|---|---|---|
| Jason M Manola | 0.60 | $175.00 |
| Ricki K Podorovsky | 4.90 | $195.00 |

**Trustee's Final Fee Application**                              **Sandra A. Hannaford, Debtor**
                                                                 **Case No. 12-19301**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| Sandra A. Hannaford, ) | Case No. 12-19301 |
| ) | |
| ) | Honorable Carol A. Doyle |
| Debtor. ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois )
County of Cook )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg & Wallace, Ltd. a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on April 3, 2013

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**