UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Sandra A. Hannaford, | ) | Case No. 12-19301 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: May 16, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:    Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                 May 31, 2012

Period for Which
Compensation is sought:     May 21, 2012 to Close of Case

Amount of Fees sought:      $7,500.00

Amount of Expense
Reimbursement sought:       $57.78

This is an:    Interim Application __      Final Application   _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-__.

Dated:  April 22, 2013                Baldi Berg & Wallace, Ltd.


                                By: ___/s/Elizabeth C. Berg_____
                                      Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Sandra A. Hannaford, | ) | Case No. 12-19301 |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: May 16, 2013 |
| | ) | Hearing Time: 11:15 A.M. |

**First Application for Allowance and Payment of Final Compensation
And Expense Reimbursement of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd., ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Sandra A. Hannaford, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to BBW of (1) $7,500.00 as final compensation for 37.80 hours of legal services rendered to the Trustee from May 21, 2012 through the close of this case and for reimbursement of expenses in the amount of $57.78.  In support thereof, BBW respectfully states as follows:

**Introduction**

1.      This case was commenced on May 11, 2012 by the filing of a voluntary petition under chapter 7 of the Code.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.      As of the commencement of this case, the Estate's assets primary asset consisted of the Debtor's interest in a parcel of real property located in Michigan which was improved with a single family home ("Property").  The Property was not the Debtor's primary residence and as of the commencement of the case, tenants were living in the Property.  The tenants vacated the Property within approximately one month of the filing of this case.

4.      The Property was subject to first and second mortgages in favor of CitiMortgage ("Mortgages").

5.      The bar date for filing claims in this case was December 12, 2013.

**Retention of BBW**

6.      On August 31, 2012, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as her counsel in this case.  A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A.  BBW has served as counsel for Trustee at all times since its retention.

7.      The professional qualifications and experience of the BBW attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who primarily were responsible for representing the Trustee in this case are:

Elizabeth C. Berg – Partner
Julia D. Loper -- Associate
Ricki K. Podorovsky – Paralegal
Jason M. Manola – Paralegal

**Prior Compensation and Expense Reimbursement Received**

8.      This is the first and final application ("Application") for allowance and payment of compensation and expense reimbursement that BBW will file in this case.

**Services Rendered by BBW**

9.      Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C.  The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

10.     For the Court's convenience, BBW has segregated its services into three categories summarized below:

2

General Administration:  The services rendered by BBW in connection with this category include researching the Estate's interest in the inheritance of the Debtor's mother and the Trustee's ability to recover said personal property; BBW determined and advised the Trustee that because the Debtor's inheritance was in a trust, it was not property of the Estate.  In addition, BBW prepared this final fee application and the final fee application for Trustee's accountants.

In connection with this category, BBW has expended 6.90 hours of services for which it requests compensation in the amount of $1,551.00.

Retention of Professionals:  In connection with this category, BBW prepared and presented the Trustee's Motions to Employ Attorneys, Accountants and a real estate broker.

In connection with this category, BBW has expended 2.60 hours of services for which it requests compensation in the amount of $650.00.

Sale of Real Estate:  In connection with this category, BBW advised the Trustee as to the sale of the Property including: analyzing and advising the Estate's interest in the Property; reviewing the lease on the Property and advising the Trustee as to the proper termination of the lease with the tenants; representing the Trustee with respect to the preparation of a listing agreement for the Property and accompanying bankruptcy rider to the listing agreement; analyzing and verifying the liens and claims on the Property including the Mortgages and the outstanding property taxes due; as requested by Trustee, BBW prepared the Trustee's Motion to Abandon the Property when it appeared that the value of the Property likely would not exceed the Mortgages; a few days after the filing of the Motion to Abandon, Trustee received an offer to purchase the Property which was nearly $30,000.00 higher than the outstanding Mortgages; BBW advised Trustee as to the Offer and represented Trustee in negotiations for the contract for sale; thereafter, BBW prepared and presented the Trustee's Motion to Sell the Property; BBW prepared documents as necessary to close the sale of the Property and advised the Trustee as to closing issues; upon closing of the Property, BBW prepared the Trustee's Report of Sale; as a result of these efforts, the

3

Estate recovered gross proceeds in excess of $160,000.00 for the benefit of the Estate's creditors.

In connection with this category, BBW has expended 28.30 hours of services for which it requests compensation in the amount of $7,698.00.

### Compensation Requested

11.    In connection with the foregoing services described and categorized in paragraph ten above, BBW spent 37.80 hours for which the value of those services is $9,899.00. In order to provide a more substantial distribution to general unsecured creditors, BBW voluntarily reduces its request for compensation and requests allowance and payment of final compensation in the amount of $7,500.00.

12.    All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested. In those instances where two attorneys (or attorney and paralegal) participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

13.    The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Payment of Compensation

14.    BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for

4

services rendered to the Trustee in connection with this case. BBW voluntarily agreed to reduce its request for compensation on account of services rendered.

15.     BBW has not previously received or been promised any payments for services rendered in this case.

16.     The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Reimbursement of Expenses

18.     BBW has incurred actual and necessary expenses totaling $57.78 in connection with the performance of the services described herein for which it requests reimbursement. The expenses primarily relate to the copying and postage for motions and pleadings filed with the Court and delivery charges for original documents required to close the sale of the Property. A detailed itemization of the expenses for which BBW requests reimbursement is included within the billing statements attached hereto as Exhibit C.

### Status of the Case

19.     The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

20.     Trustee has completed and filed her Final Report simultaneously herewith. The Final Fee Application for the Trustee and the Trustee's Accountants have also been filed concurrently with this Application.

### Financial Condition of the Case

21.     Trustee currently has approximately $16,000.00 on deposit in the Estate's bank account. The Chapter 7 administrative expenses that are currently owing and those the Trustee

anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi Berg & Wallace, Ltd. in connection with this final fee application, 3) the fees allowed to Popowcer Katten, Ltd in connection with its final fee application, and 4) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

22.    Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a partial distribution to general unsecured creditors.

**Trustee's Approval**

23.    BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg & Wallace, Ltd., attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A.    Allowing to Baldi Berg & Wallace, Ltd. final compensation in the amount of $7,500.00 for actual and necessary professional services rendered to the Trustee from May 21, 2012 through the closing of this case;

B.    Allowing to Baldi Berg & Wallace, Ltd. reimbursement of expenses in the amount of $57.78 for actual and necessary expenses incurred in the performance of services rendered to the Trustee in this case;

C.    Authorizing the Trustee to pay the amounts awarded from the funds in the case as part of her final distribution; and

D.      For such other and further relief as this Court deems appropriate.

Dated:  April 2, 2013

Baldi Berg & Wallace, Ltd.

Attorneys for Elizabeth C. Berg, as trustee of the estate of Sandra A. Hannaford, debtor

By:_____/s/_____
         Elizabeth C. Berg

Elizabeth C. Berg/Atty ID 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.   Suite 1500
Chicago, IL  60603
312.726.8150

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )         BK No.:   12-19301
Sandra A. Hannaford,                      )
                                          )
                                          )         Chapter: 7
                                          )         Honorable Manuel Barbosa
                                          )
                                          )         Kane
              Debtor(s)                   )

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of Sandra A. Hannaford, debtor, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated: May 31, 2012

**Prepared by:**

Elizabeth C. Berg
Baldi Berg & Wallace
19 S. LaSalle St., Suite 1500
Chicago, IL 60603

**Baldi Berg & Wallace
Final Fee Application**

Sandra A. Hannaford, Debtor
Case No. 12-19301

**Professional Qualifications**

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg & Wallace, Ltd.

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:**    (312) 726-5067                                          **FEIN:** 36-4352753

*Invoice submitted to:*                              March 31, 2013
                                                     Invoice No:   02188

Elizabeth C. Berg
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

## *Consolidated Summary*

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| *Hannaford - General Administration* | | | | | | | |
| | 6.90 | $1,551.00 | $0.00 | $1,551.00 | $0.00 | $0.00 | $1,551.00 |
| *Hannaford - Retention of Professionals* | | | | | | | |
| | 2.60 | $650.00 | $0.00 | $650.00 | $0.00 | $0.00 | $650.00 |
| *Hannaford - Sale of Royal Oaks Real Estate* | | | | | | | |
| | 28.30 | $7,698.00 | $57.78 | $7,755.78 | $0.00 | $0.00 | $7,755.78 |
| | | | | | | | $9,956.78 |
| | 37.80 | $9,899.00 | $57.78 | $9,956.78 | | | |

## Baldi Berg & Wallace, Ltd

3/31/2013

Hannaford - General Administration

Page    2

**In Reference to:** *Hannaford - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 10/18/2012 | JDL | Analyze Debtor's Trust documents (.4) Draft resignation by Trustee as trustee of the Trust (.7) Conference w/ ECB re: same (.2) Email to Dale Hannaford (.1) | 1.40<br>$235.00/ hr | $329.00 |
| 10/22/2012 | JDL | Teleconference w/ Dale Hannaford re: mother of debtor's will, bequest to debtor. (.3) Conference w/ ECB re: same (.2) Revise letter of resignation of ECB as trustee of trust (.2) | 0.70<br>$235.00/ hr | $164.50 |
| 10/30/2012 | JDL | Prepare letter to R. Safanda re: information and documents requested relating to bequest from mother of Debtor. | 0.30<br>$235.00/ hr | $70.50 |
| 12/13/2012 | JDL | Telephone call to Roy Safanda re: information on bequest. | 0.10<br>$235.00/ hr | $23.50 |
| 12/18/2012 | JDL | Research re: trust v. will property of the estate. (.7) Conference w/ ECB re: same (.1) | 0.80<br>$235.00/ hr | $188.00 |
| 2/01/2013 | ECB | Teleconference with attorney Kevin Drendel re BK Estate's potential interest in inheritance in Debtor's mother's estate (.2) Review will and trust provisions for mother's estate and confirm not property of BK estate under section 541 (a) (6) (.4) Email to Drendel re same (.1) | 0.70<br>$300.00/ hr | $210.00 |
| 3/28/2013 | RKP | Draft BBW Fee Application (1.5); draft proposed order, coversheet and affidavit (.3); review and edit same (.2). | 2.00<br>$195.00/ hr | $390.00 |
| 3/29/2013 | RKP | Draft popowcer fee app (.5); coversheet, proposed order and affidavit (.3); review and edit (.1). | 0.90<br>$195.00/ hr | $175.50 |

# Baldi Berg & Wallace, Ltd

3/31/2013

Hannaford - General Administration

Page    3

|  |  |
|---|---|
| Total Fees | $1,551.00 |
| Total New Charges | $1,551.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,551.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.70 | $300.00 |
| Julia D Loper | 3.30 | $235.00 |
| Ricki K Podorovsky | 2.90 | $195.00 |

# Baldi Berg & Wallace, Ltd

3/31/2013

Hannaford - Retention of Professionals

Page    4

**In Reference to:**    *Hannaford - Retention of Professionals*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/22/2012 | ECB | Teleconference with Broker re terms of retention and procedures for court approval of retention | 0.20 $300.00/hr | $60.00 |
| 5/22/2012 | JDL | Teleconference w/ ECB re: Motions to retain attorneys, real estate broker and accountant. | 0.20 $235.00/hr | $47.00 |
| 5/24/2012 | JDL | Prepare motion to Employ Attorneys (.8) Prepare Motion to Employ Accountant (.7) Email to Lois West re: accountant affidavit (.1) Prepare Motion to Enter into Exclusive Listing Agreement | 1.60 $235.00/hr | $376.00 |
| 5/29/2012 | ECB | Prep Email to Broker re execution of 2014 affidavit and conflicts check re same | 0.20 $300.00/hr | $60.00 |
| 5/29/2012 | JDL | Respond to L. West email re: affidavit (.1) Prepare executed affidavit for motion to employ accountant for filing (.1) | 0.20 $235.00/hr | $47.00 |
| 5/31/2012 | ECB | Court appearance to present motions to retain attorneys, accountants and real estate broker | 0.20 $300.00/hr | $60.00 |

|  |  |
|--|--|
| Total Fees | $650.00 |
| Total New Charges | $650.00 |
| Previous Balance | $0.00 |
| Balance Due | $650.00 |

### Timekeeper Summary

# Baldi Berg & Wallace, Ltd

3/31/2013

Hannaford - Retention of Professionals

Page    5

| Name | Hours | Rate |
|------|-------|------|
| Elizabeth C Berg | 0.60 | $300.00 |
| Julia D Loper | 2.00 | $235.00 |

**Baldi Berg & Wallace, Ltd**                                    3/31/2013

Hannaford - Sale of Royal Oaks Real Estate                      Page    6

**In Reference to:**    *Hannaford - Sale of Royal Oaks Real Estate*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/21/2012 | REN | Research Kane County website and analyzed South Elgin mortgage to confer no crosscollateral with Royal Oak, MI property | 0.50 $100.00/ hr | $50.00 |
| 5/22/2012 | ECB | Review and revise Exclusive Listing Contract (.5)  Review and revise supporting documents including Seller disclosures (.3) Prepare Bankruptcy Rider for Motion to same (.2) | 1.00 $300.00/ hr | $300.00 |
| 5/23/2012 | ECB | Teleconference with tenant regarding term of lease and listing property for sale (.2) Prepare correspondence to tenant re bankruptcy sale procedures during tenancy and status of personal property on premises (.7) | 0.90 $300.00/ hr | $270.00 |
| 5/23/2012 | ECB | Revise Exclusive Listing Agreement and rider to same (.4) Revise Seller Disclosures for listing (.2) Email to broker J. Faddol re timing for listing and "as is, where is" conditions for sale (.3) | 0.90 $300.00/ hr | $270.00 |
| 5/24/2012 | ECB | Review email from tenant J. Sharlein re listing property and vacating premises (.1) Respond to same (.2) | 0.30 $300.00/ hr | $90.00 |
| 5/30/2012 | ECB | Review tenant lease and confirm term and dates to vacate property | 0.20 $300.00/ hr | $60.00 |
| 6/01/2012 | ECB | Draft bankruptcy rider to contract for sale (.4) Correspondence to Broker re bid protection and subsequent offers (.2) | 0.60 $300.00/ hr | $180.00 |
| 6/27/2012 | ECB | Telephone call with counsel for CitiMortgage to propose short sale (.2) Review listing documents (.1) Contact Realtor re error in listing price (.2) Research  recorder of | 2.10 $300.00/ hr | $630.00 |

## Baldi Berg & Wallace, Ltd

3/31/2013

Hannaford - Sale of Royal Oaks Real Estate

| | | | | |
|---|---|---|---|---|
| | | deeds and review RE deeds and mortgages for property (1.0) Research assessor's website re outstanding taxes for property (.4) Email to Bank's counsel with proposal (.2) | | |
| 7/02/2012 | ECB | Review CitiMortgage payoff letter and determine status of RE tax payment and escrow for same (.2) Email to counsel for CitiMortgage re shutoff of utilities (.1) | 0.30 $300.00/ hr | $90.00 |
| 7/10/2012 | JDL | Prepare Motion to Abandon Royal Oaks Real Estate (1.4) proposed order (.2) and notice of abandonment (.3) Conference w/ ECB re: same (.2) Conference w/ J. Manola re: service of notices (.1) | 2.20 $235.00/ hr | $517.00 |
| 7/12/2012 | ECB | Research status of real estate taxes (.3) Teleconferences with broker re negotiations for contract and parameters of same (.2) | 0.50 $300.00/ hr | $150.00 |
| 7/12/2012 | JDL | Prepare notice for approval of sale of real estate. (.8) Email to ECB re: same (.1) | 0.90 $235.00/ hr | $211.50 |
| 7/13/2012 | ECB | Teleconference with Codilis & Associates re confirmation of payoff amount of second mortgage (.3) Teleconference with Debtor's counsel's office re same (.1) | 0.40 $300.00/ hr | $120.00 |
| 7/13/2012 | ECB | Analyze offer received from Elizabeth Brunne and advice trustee (.7) Prepare counteroffer, including bankruptcy rider (.8) Email to broker re proposed changes (.3) | 1.80 $300.00/ hr | $540.00 |
| 7/16/2012 | JDL | Prepare Motion to approve sale of Royal Oak property. | 1.20 $235.00/ hr | $282.00 |
| 7/26/2012 | ECB | Court appearance to continue motion to abandon pending sale | 0.20 $300.00/ hr | $60.00 |
| 7/27/2012 | ECB | Teleconference with Paul Holland, broker, re Michigan procedures for real estate closings and seller's responsibilities for same (.3) Place call to title company to | 0.40 $300.00/ hr | $120.00 |

# Baldi Berg & Wallace, Ltd

3/31/2013

Hannaford - Sale of Royal Oaks Real Estate

Page 8

request title search and commitment (.1)

| | | | | |
|---|---|---|---|---|
| 7/27/2012 | REN | Drafted certificate of service for 2002 Notice | 0.50<br>$100.00/ hr | $50.00 |
| 7/27/2012 | REN | Drafted correspondence to buyer's agent with motion and order | 0.30<br>$100.00/ hr | $30.00 |
| 7/31/2012 | ECB | Teleconference with Dawn Garnter at First Centennial Title Company re local procedures for Michigan closing by mail (.3) Correspondence to title company re bankruptcy procedures for sale and request for review of proposed order of sale (.5) | 0.80<br>$300.00/ hr | $240.00 |
| 8/01/2012 | ECB | Prepare draft of request for final payoff letter to CitiMortgage (.2) Confer with law clerks re followup on same (.1) | 0.30<br>$300.00/ hr | $90.00 |
| 8/01/2012 | JMM | Draft Fax to Dawn Farrett at First Centennial Title Agency | 0.50<br>$125.00/ hr | $62.50 |
| 8/01/2012 | REN | Drafted formal request for payoff letter- CitiMortgage (.3) | 0.30<br>$100.00/ hr | $30.00 |
| 8/09/2012 | ECB | Review payoff letter for CitiMortgage first mortgage(.1) Teleconference with Codilis to confirm whether payoff includes summer (.1) Send Codilis tax statement and request confirmation on taxes (.2) | 0.40<br>$300.00/ hr | $120.00 |
| 8/14/2012 | ECB | Draft Trustee's Quitclaim Deed (.4) Telephone call and Tax to Title company re same (.2) | 0.60<br>$300.00/ hr | $180.00 |
| 8/15/2012 | ECB | Telephone call to title company re language of proposed order approving sale (.1) Email to title processor re same (.2) | 0.30<br>$300.00/ hr | $90.00 |

**Baldi Berg & Wallace, Ltd**                                          3/31/2013

Hannaford - Sale of Royal Oaks Real Estate                      Page    9

---

| 8/15/2012 | ECB | Review title commitment (.5) Prep memo to title company regarding chain of title for first mortgage and debtor's revocable trust (.4) | 0.90<br>$300.00/ hr | $270.00 |
|-----------|-----|---|---|---|
| 8/16/2012 | ECB | Court appearance for Trustee Motions to Approve RE Sale | 0.20<br>$300.00/ hr | $60.00 |
| 8/21/2012 | ECB | Email to title closer and forward payoffs for mortgages | 0.20<br>$300.00/ hr | $60.00 |
| 8/22/2012 | ECB | Review email from broker re status of buyer's clear to close (.1) Review and approve final water bill (.1) Email to all parties re Seller's closing status and consent to extend closing date (.1) | 0.30<br>$300.00/ hr | $90.00 |
| 8/23/2012 | ECB | Legal research for MI title company regarding power to amend revocable trust as property of bankruptcy estate | 1.20<br>$300.00/ hr | $360.00 |
| 8/23/2012 | ECB | Review Sandra Hannaford Revocable Trust and amendment (1.8) Prepare letter to remove Debtor and Designate BK trustee as trustee of the Sandra A. Hannaford Revocable Trust (1.0) Draft second deed to convey interest of Revocable Trust as successor trustee (.4) | 3.20<br>$300.00/ hr | $960.00 |
| 8/24/2012 | ECB | Email to title company regarding transfer tax liability and language for deed (.2) Teleconference with Attorney and title examiner re requirements for deed under Michigan law (.2) Revise deeds re same (.3) Teleconference with Debtor's counsel to advise of removal of debtor as trustee of revocable trust (.1) | 0.80<br>$300.00/ hr | $240.00 |
| 8/27/2012 | ECB | Teleconference with title company to ascertain closing date | 0.10<br>$300.00/ hr | $30.00 |
| 8/28/2012 | ECB | Telephone call and email to broker re closing delay | 0.20<br>$300.00/ hr | $60.00 |

**Baldi Berg & Wallace, Ltd**                                               3/31/2013

Hannaford - Sale of Royal Oaks Real Estate                          Page    10

| | | | | |
|---|---|---|---|---|
| 8/31/2012 | ECB | Review and approve Seller's title company closing documents for execution by Trustee | 0.80 $300.00/ hr | $240.00 |
| 8/31/2012 | ECB | Review and approve Buyer's title company closing documents for execution by Trustee | 0.70 $300.00/ hr | $210.00 |
| 9/04/2012 | ECB | Email to Title co to confirm receipt of signed closing documents and status of proceeds | 0.20 $300.00/ hr | $60.00 |
| 9/10/2012 | ECB | Email to title company to request signed HUD-1 for Report of Sale | 0.10 $300.00/ hr | $30.00 |
| 9/12/2012 | RKP | Review case documents and closing statement for information needed to prepare report of sale (.4); draft report of sale (.5); memo to E. Berg re: same (.1). | 1.00 $195.00/ hr | $195.00 |

|  |  |
|---|---|
| Total Fees | $7,698.00 |

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 6/27/2012 | Miscellaneous Expense - Copies of current and back real estate tax bills | 1.00 @ /each | $8.00 |
| 9/18/2012 | Delivery of Deed by FedEx to Dawn Garrett @ First Centennial | 1.00 @ /each | $21.73 |
| 9/18/2012 | Delivery of Executed HUD-1 and other closing docs | 1.00 @ /each | $28.05 |

|  |  |
|---|---|
| Total Expenses | $57.78 |
| Total New Charges | $7,755.78 |
| Previous Balance | $0.00 |
| Balance Due | $7,755.78 |

**Baldi Berg & Wallace, Ltd**

Hannaford - Sale of Royal Oaks Real Estate

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 20.90 | $300.00 |
| Julia D Loper | 4.30 | $235.00 |
| Jason M Manola | 0.50 | $125.00 |
| Rebecca E Neubauer | 1.60 | $100.00 |
| Ricki K Podorovsky | 1.00 | $195.00 |

**Baldi Berg & Wallace**
**Final Fee Application**

**Sandra A. Hannaford, Debtor**
**Case No. 12-19301**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sandra A. Hannaford, | ) | Case No. 12-19301 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.    I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2.    I have read the Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.    A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.    Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered or expense reimbursement in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.  Baldi Berg & Wallace, Ltd. has agreed to voluntarily reduce its request for compensation on account of its services rendered.

5.    Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on April 4, 2013

_____
Notary Public

**Exhibit D**

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015