## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HANNAFORD, SANDRA A. | § | Case No. 12-19301 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Mr. Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
19 S. Dearborn Street
7th Floor
Chicago   IL   60603

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

11:15 a.m.
on May 16, 2013
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: <u>Kenneth S. Gardner</u>
                                                Clerk of the US Bankruptcy Court

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| HANNAFORD, SANDRA A. | § | Case No. 12-19301 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 163,251.25 |
| and approved disbursements of | $ | 147,172.20 |
| leaving a balance on hand of[1] | $ | 16,079.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Citimortgage | $ 93,647.13 | $ 93,647.13 | $ 93,647.13 | $ 0.00 |
| | Citimortgage | $ 35,305.79 | $ 35,305.79 | $ 35,305.79 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 16,079.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 5,706.28 | $ 0.00 | $ 5,706.28 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, LLC | $ 57.78 | $ 0.00 | $ 57.78 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,056.00 | $ 0.00 | $ 1,056.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Elizabeth Brunner, Buyer | $ 4,800.00 | $ 4,800.00 | $ 0.00 |
| Other: City of Royal Oak, Michigan | $ 95.07 | $ 95.07 | $ 0.00 |
| Other: First Centennial Title | $ 1,295.00 | $ 1,295.00 | $ 0.00 |
| Other: Continental Title Agency | $ 23.00 | $ 23.00 | $ 0.00 |
| Other: Continental Title Agency | $ 1,376.00 | $ 1,376.00 | $ 0.00 |
| Other: IDOR | $ 182.00 | $ 182.00 | $ 0.00 |
| Other: Michigan Dept. of Treasury | $ 623.00 | $ 623.00 | $ 0.00 |
| Other: Williams and Keller | $ 9,600.00 | $ 9,600.00 | $ 0.00 |
| Other: Williams and Keller | $ 195.00 | $ 195.00 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 13.99 | $ 13.99 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          14,320.06

Remaining Balance                                              $          1,758.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,641.71  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Dell Financial Services, LLC | $ 571.39 | $ 0.00 | $ 151.33 |
| 000002 | GE Capital Retail Bank | $ 6,070.32 | $ 0.00 | 1,607.66 |

Total to be paid to timely general unsecured creditors $ 1,758.99

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Elizabeth C. Berg
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 12-19301-CAD
Sandra A. Hannaford                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vrowe          Page 1 of 3          Date Rcvd: Apr 23, 2013
                             Form ID: pdf006       Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2013.
db        #+Sandra A. Hannaford,   10 N. Gilbert St., Apt. 318,   South Elgin, IL 60177-1710
19252733    A-Tec Ambulance,   POB 457,   Wheeling, IL 60090-0457
19252734    Alexian Brothers Behavioral Health,   21272 Network Place,   Chicago, IL 60673-1212
18897954    Bank of America,   POB 851001,   Dallas, TX 75285-1001
19284203   +Bravo Care of St.Charles, Inc.,,   d/b/a Rosewood Care Center,   850 Dunham Rd,
             Saint Charles, IL 60174-1494
18897955   +Central DuPage Physician Group,   POB 479,   Winfield, IL 60190-0479
18897956    Citi Cards,   POB 182564,   Columbus, OH 43218-2564
18897957    CitiMortgage, Inc.,   POB 183040,   Columbus, OH 43218-3040
18897958   +Credit Union One,   400 E. Nine Mile Rd.,   Ferndale, MI 48220-1774
19444288   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
            (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
             PO Box 10390,   Greenville, SC 29603-0390)
19252735    Inpatient Consultants of IL,   POB 92934,   Los Angeles, CA 90009-2934
18897960   +M/M Shalein,   1524 Maxwell Ave.,   Royal Oak, MI 48067-1266
18897961    PayPal Plus,   POB 960080,   Orlando, FL 32896-0080
18897962   +Providence Hospital,   3450 Saratoga Ave.,   Downers Grove, IL 60515-1141
19252737   +River Crossing Luxury Condominiums,   10 N. Gilbert St.,   South Elgin, IL 60177-1705
19252738   +United RX LLC,   150 Fencl Lane,   Hillside, IL 60162-2041
18897963    Wells Fargo Home Mortgage,   POB 5296,   Carol Stream, IL 60197-5296

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +E-mail/Text: bergtrustee@baldiberg.com Apr 24 2013 05:59:27     Elizabeth C Berg,
             Baldi Berg & Wallace,   19 S LaSalle Street Suite 1500,   Chicago, IL 60603-1413
tr         +E-mail/Text: bergtrustee@baldiberg.com Apr 24 2013 05:59:27     Elizabeth C. Berg,
             Joseph A. Baldi & Associates,   19 S. LaSalle St.,   Suite 1500,   Chicago, IL 60603-1413
19548265    E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2013 05:43:08     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
20354282    E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2013 05:45:02     Portfolio Investments II LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
19252736    E-mail/Text: bankruptcynotices@pch.com Apr 24 2013 05:58:16     Publishers Clearing House,
             POB 4002936,   Des Moines, IA 50340-2936
20354283    E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2013 05:39:35
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                   TOTAL: 6


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18897959*  ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
            (address filed with court: Dell Preferred Account,   Payment Processing Center,   POB 6403,
             Carol Stream, IL 60197-6403)
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

District/off: 0752-1          User: vrowe              Page 2 of 3              Date Rcvd: Apr 23, 2013
                             Form ID: pdf006           Total Noticed: 23

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2013**                         **Signature:**      _Joseph Speetjens_

```
District/off: 0752-1          User: vrowe            Page 3 of 3           Date Rcvd: Apr 23, 2013
                             Form ID: pdf006         Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2013 at the address(es) listed below:
          Annie W Lopez    on behalf of Creditor    Wells Fargo Bank, NA alopez@fal-illinois.com
          Carl F. Safanda, Esq    on behalf of Debtor Sandra A. Hannaford rsafanda@xnet.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C. Berg bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com
          Elizabeth C Berg    on behalf of Attorney    Baldi Berg & Wallace, Ltd. bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Elizabeth C Berg    on behalf of Accountant Lois  West bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com
          Gloria C  Tsotsos    on behalf of Creditor    CITIMORTGAGE, INC. nd-two@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                  TOTAL: 8