UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
HANNAFORD, SANDRA A. § Case No. 12-19301
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Elizabeth C. Berg, Trustee_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CITIMORTGAGE |  |  |  |  |  |
|  | CITIMORTGAGE |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG, TRUSTEE | | | | | |
| INTL SURETIES | | | | | |
| CITY OF ROYAL OAK, MICHIGAN | | | | | |
| CONTINENTAL TITLE AGENCY | | | | | |
| ELIZABETH BRUNNER, BUYER | | | | | |
| FIRST CENTENNIAL TITLE | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONTINENTAL TITLE AGENCY | | | | | |
| IDOR | | | | | |
| MICHIGAN DEPT. OF TREASURY | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| WILLIAMS AND KELLER | | | | | |
| WILLIAMS AND KELLER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A-Tec Ambulance POB 457 Wheeling, IL 60090-0457 | | | | | |
| | Alexian Brothers Behavioral Health 21272 Network Place Chicago, IL 60673-1212 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America POB 851001 Dallas, TX 75285-1001 | | | | | |
| | Bravo Care of St. Charles, Inc. d/b/a Rosewood Care Center 850 Dunham Rd. Saint Charles, IL 60174 | | | | | |
| | Central DuPage Physician Group POB 479 Winfield, IL 60190-0476 | | | | | |
| | Citi Cards POB 182564 Columbus, OH 43218-2564 | | | | | |
| | Credit Union One 400 E. Nine Mile Rd. Ferndale, MI 48220 | | | | | |
| | Inpatient Consultants of IL POB 92934 Los Angeles, CA 90009-2934 | | | | | |
| | Providence Hospital 3450 Saratoga Ave. Downers Grove, IL 60515 | | | | | |
| | Publishers Clearing House POB 4002936 Des Moines, IA 50340-2936 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | River Crossing Luxury Condominiums 10 N. Gilbert St. South Elgin, IL 60177 | | | | | |
| | United RX LLC 150 Fencl Lane Hillside, IL 60162 | | | | | |
| 000001 | DELL FINANCIAL SERVICES, LLC | | | | | |
| 000002 | GE CAPITAL RETAIL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - HANNAFORD

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-19301 CAD Judge: CAROL A. DOYLE | | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | HANNAFORD, SANDRA A. | | | Date Filed (f) or Converted (c): | 05/11/12 (f) |
| | | | | 341(a) Meeting Date: | 07/16/12 |
| For Period Ending: | 06/21/13 | | | Claims Bar Date: | 12/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 185,000.00 | 0.00 | | 0.00 | FA |
| Single-family condo 10 N. Gilbert St., Apt. 318 South Elgin, IL 60177 | | | | | |
| 2. Real Estate - Rental Property | 150,000.00 | 160,000.00 | | 163,251.25 | FA |
| Single-family residnece 1524 Maxwell Ave. Royal Oak, MI 48067 | | | | | |
| 3. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| hecking, Cr. Union 1, Ferndale, MI | | | | | |
| 5. Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| Checking, State Bank of IL, South Elgin, IL | | | | | |
| 6. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| Ordinary contents, 2 bedroom, condo | | | | | |
| 7. Books/Art/Collectibles | 500.00 | 0.00 | | 0.00 | FA |
| Paintings produced by Debtor | | | | | |
| 8. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 9. Furs and Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 200 pairs of earrings | | | | | |
| 10. Firearms, Sport, Photo & Hobby Eqpt | 25.00 | 0.00 | | 0.00 | FA |
| 11. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Term | | | | | |
| 12. Pension, Retirement, Profit Sharing | 2,000.00 | 0.00 | | 0.00 | FA |
| 457 (k) Plan | | | | | |
| 13. Pension, Retirement, Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| Pension from State of Michigan | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $340,245.00 | $160,000.00 | | $163,251.25 | $0.00 |

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 8)

Ver: 16.05c

FORM 1 - HANNAFORD

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 12-19301 CAD Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HANNAFORD, SANDRA A. | Date Filed (f) or Converted (c): | 05/11/12 (f) |
| | | 341(a) Meeting Date: | 07/16/12 |
| | | Claims Bar Date: | 12/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee listed and sold Debtor's interest in rental property in Michigan and collected net proceeds of nearly
approximately $16,000 for the estate.  TR investigated value and potential recovery of Debtor's post-petition
inheritance from Debtor's mother and determined the estate had no interest in the inheritance because the inheritance
was held in trust.  Bar date passed 12/12/12 and Trustee reviewed claims.  Trustee directed her accountant to prepare
necessary tax returns.  Trustee prepared TFR

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 12/31/13

            /s/     Elizabeth C. Berg, Trustee
_____  Date: 06/21/13
        ELIZABETH C. BERG, TRUSTEE

LFORM1                                                                                                                                    Ver: 16.05c
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2 - HANNAFORD

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-19301 -CAD | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | HANNAFORD, SANDRA A. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8332  Checking Account |
| Taxpayer ID No: | *******1204 | | | |
| For Period Ending: | 06/21/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/11/12 | 2 | First Centennial Title Agency, Inc. of Mid-America 1489 Farmington Road Suite 100 Livonia MNI 48154 | Sale Proceeds- Michigan Real Estate | | 16,914.26 | | 16,914.26 |
| | | CITY OF ROYAL OAK | Memo Amount:       3,229.27<br>City Property Taxes<br>Creidt from Buyer for 2012 taxes. | 1110-000 | | | |
| | | | Memo Amount:          21.98<br>County Property Tax Credit<br>Credit from Buyer for 2012 taxes. | 1110-000 | | | |
| | | CITIMORTGAGE | Memo Amount:    (   93,647.13 )<br>1st Mortgage Payoff | 4110-000 | | | |
| | | FIRST CENTENNIAL TITLE | Memo Amount:      160,000.00<br>Sale Proceeds - Real Estate | 1110-000 | | | |
| | | CITIMORTGAGE | Memo Amount:    (   35,305.79 )<br>2nd Mortgage Payoff<br>Payoff of 2nd mortgage. | 4110-000 | | | |
| | | BUYER - ELIZABETH BRUNNER | Memo Amount:    (    4,800.00 )<br>Seller Concession<br>Negotiated disbursement from RE Sales Contract. | 2500-000 | | | |
| | | CITY OF ROYAL OAK, MI | Memo Amount:    (       95.07 )<br>Final Water Bill | 2500-000 | | | |
| | | FIRST CENTENNIAL TITLE | Memo Amount:    (    1,295.00 )<br>Wire, Transaction, Title Fees<br>Customary Seller charges incurred with title company to close. | 2500-000 | | | |
| | | WILLIAMS AND KELLER | Memo Amount:    (    9,600.00 )<br>RE Broker Commission<br>$9600 commission shared by TR's broker with selling | 3510-000 | | | |

Page Subtotals        16,914.26        0.00

Ver: 16.05c

FORM 2 - HANNAFORD

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-19301 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HANNAFORD, SANDRA A. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8332 Checking Account |
| Taxpayer ID No: | *******1204 | | |
| For Period Ending: | 06/21/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | WILLIAMS AND KELLER | broker<br>Memo Amount: ( 195.00 )<br>Broker's Transaction Fee | 3520-000 | | | |
| | | CONTINENTAL TITLE AGENCY | Memo Amount: ( 1,376.00 )<br>RE Transfer Taxes | 2820-000 | | | |
| | | CONTINENTAL TITLE AGENCY | Memo Amount: ( 23.00 )<br>Recording Fees<br>Recording Fees -Mortgage Release | 2500-000 | | | |
| 02/15/13 | 001001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 13.99 | 16,900.27 |
| 03/08/13 | | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 16.22 | 16,884.05 |
| 03/29/13 | 001002 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62794-9053 | Estate's State 1041 Tax Liability | 2820-000 | | 182.00 | 16,702.05 |
| 03/29/13 | 001003 | MICHIGAN DEPARTMENT OF TREASURY<br>Department 781041<br>P.O. Box 78000<br>Detroit, MI 48278-1041 | Estate's State 1041 Tax Liability<br>Estate of Sandra A. Hannaford (12-19301)<br>2012 Form MI-1041 | 2820-000 | | 623.00 | 16,079.05 |
| 05/21/13 | 001004 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Trustee Final Compensation | 2100-000 | | 5,706.28 | 10,372.77 |
| 05/21/13 | 001005 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | TR's Attorney<br>Final Compensation | 3110-000 | | 7,500.00 | 2,872.77 |
| | | | Page Subtotals | | 0.00 | 14,041.49 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2 - HANNAFORD

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 12-19301 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HANNAFORD, SANDRA A. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8332 Checking Account |
| Taxpayer ID No: | *******1204 | | |
| For Period Ending: | 06/21/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/21/13 | 001006 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 57.78 | 2,814.99 |
| 05/21/13 | 001007 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | TR's Accountant<br>Final Compensation | 3410-000 | | 1,056.00 | 1,758.99 |
| 05/21/13 | 001008 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000001, Payment 26.48454% | 7100-000 | | 151.33 | 1,607.66 |
| 05/21/13 | 001009 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000002, Payment 26.48394% | 7100-000 | | 1,607.66 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 163,251.25 | COLUMN TOTALS | 16,914.26 | 16,914.26 | 0.00 |
| Memo Allocation Disbursements: | 146,336.99 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 16,914.26 | 16,914.26 | |
| Memo Allocation Net: | 16,914.26 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 16,914.26 | 16,914.26 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 163,251.25 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 146,336.99 | Checking Account - *******8332 | 16,914.26 | 16,914.26 | 0.00 |
| | | | ---------------- | ---------------- | ---------------- |
| Total Memo Allocation Net: | 16,914.26 | | 16,914.26 | 16,914.26 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     2,872.77

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2 - HANNAFORD

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 12-19301 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | HANNAFORD, SANDRA A. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8332 Checking Account |
| Taxpayer ID No: | *******1204 | | |
| For Period Ending: | 06/21/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********8332

| | | | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*